RECEIVED

MAR 0 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA  * CASE NO. 04-50173-01

VERSUS  * JUDGE HICKS

WILMER LEE POINDEXTER  * MAGISTRATE JUDGE SHEMWELL
    Defendant

AND

TANGO TRANSPORT, INC.
AND ITS SUCCESSORS OR ASSIGNS
    Garnishee

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 0 9 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Tango Transport, Inc., and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on February 13, 2006, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a weekly basis by the mile.

On February 2, 2006, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Wilmer Lee Poindexter, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty percent (20%) of defendant's disposable earnings; or

2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,
and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: March 9, 2006    By: _____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Wilmer Lee Poindexter, 6436 Joy Drive, Shreveport, LA 71129 and upon Tango Transport, Inc. Thru Crystal Nevins, 6009 Financial Plaza, Shreveport, LA 71129, by placing same in the United States Mail, postage prepaid, first class, on this the 8th day of March, 2006.

                                            Sheila W. Still
                                            Financial Litigation Unit